**No. P67/215.**—Wal Rich Corp. *v.* United States, protest 66/1339 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of strainers in chief value of brass similar in all material respects to those the subject of *Davies Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiff was sustained.

**No. P67/216.**—Astra Trading Corp. et al. *v.* United States, protests 59/30483, etc. (New York).

**No. P67/217.**—Astra Trading Corp. *v.* United States, protest 66/21854 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise classified as flashlights is similar in all material respects to those the subject of *Astra Trading Corp.* v. *United States* (56 Cust. Ct. 555, C.D. 2703), the claim of the plaintiffs was sustained.

**No. P67/218.**—Starlight Trading, Inc., et al. *v.* United States, protests 65/7949, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

**No. P67/219.**—Midland International Corporation *v.* United States, protest 65/10280-S (St. Louis).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of radio earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiff was sustained.